# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0335

_____

BRADLEY DAUGHERTY,

    Appellant,

    v.

JESSICA DAUGHERTY,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

March 7, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jill W. Warren, Pensacola, for Appellant.

Jessica Daugherty, pro se, Appellee.